**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

January 10, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-2553

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee,* <br><br> *v.* <br><br> ADRIESE THOMAS, <br> *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division <br><br> No. 03 CR 831-1 <br><br> James B. Zagel, <br> *Judge.* |

**O R D E R**

On limited remand pursuant to *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court responded that it would have imposed the same sentence had it known the guidelines were not mandatory.  Thomas's 24-month sentence is in the middle of a properly calculated guideline range and is therefore presumptively reasonable.  *See United States. v Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005).  And because Thomas declined our invitation to file memoranda concerning the district court's response, she failed to rebut this presumption. Nothing in the record suggests this sentence is unreasonable, thus, we AFFIRM the judgment.